# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOE C. VILLARREAL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SUPERIOR COURT COUNTY MERCED, et al.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-00632-LJO-SKO<br><br>**ORDER DIRECTING CLERK'S OFFICE TO RE-DESIGNATE ACTION FROM 440 (OTHER CIVIL RIGHTS) TO 550 (CIVIL RIGHTS)** |

Plaintiff, Noe C. Villarreal, proceeding pro se, filed a civil action on May 9, 2018, along with an application to proceed *in forma pauperis*. (Docs. 1 & 2.) Plaintiff filed a first amended complaint, along with a second application to proceed *in forma pauperis*, on May 31, 2018. (Docs. 3 & 4.) Upon review of the operative pleading, the action appears to be more appropriately designated as a section 1983 prisoner petition, rather than a section 1983 civil action.

Accordingly, the Court HEREBY ORDERS the Clerk of Court to re-designate this action from 440 (other civil rights) to 550 (prisoner petition for civil rights).

IT IS SO ORDERED.

Dated: **June 5, 2018**　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1