# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOE C. VILLARREAL,<br><br>        Plaintiff,<br><br>    v.<br><br>SUPERIOR COURT, MERCED COUNTY, et al.,<br><br>        Defendants. | Case No. 1:18-cv-00632-LJO-SKO (PC)<br><br>**ORDER FOR PLAINTIFF TO SUBMIT NOTICE OF CHANGE OF ADDRESS AND EXTENDING TIME FOR PLAINTIFF TO RESPOND TO ORDER TO SHOW CAUSE**<br><br>(Docs. 18, 19)<br><br>TWENTY-ONE (21) DAY DEADLINE |

Plaintiff, Noe C. Villarreal, is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not filed a notice of change of address and the order to show cause which issued on June 11, 2019, was returned on June 27, 2019, as "Undeliverable, Not in Custody." On June 20, 2019, Plaintiff filed a document titled as a "Petition" which, in the upper-left corner, reflects both the physical address to a private residence and a United States Postal Service mail box. (Doc. 19.)

A *pro se* plaintiff must keep the Court and opposing parties informed of the party's correct current address. Local Rule 182(f). If a party moves to a different address without filing and serving a notice of change of address, documents served at a party's old address of record shall be deemed received even if not actually received. *Id*. If mail directed to a *pro se* plaintiff at the

1

address of record is returned by the United States Postal Service as undeliverable, the order will not be re-served a second time absent a notice of change of address. If a *pro se* plaintiff's address is not updated within sixty-three (63) days of mail being returned as undeliverable, the case will be dismissed for failure to prosecute. Local Rule 183(b).

The Court is unable to enter more than one address of record per party on the docket of any case. Thus, Plaintiff must file a notice of change of address indicating the single address at which he desires to receive correspondence in this action.

Accordingly, it is **HEREBY ORDERED** that:

1. the Clerk of the Court is directed to send a Notice of Change of Address form, a copy of the Order to Show Cause that issued on June 11, 2019, and a copy of this order to Plaintiff at both addresses listed on the first page of his petition which was filed on June 20, 2019, (Doc. 19);

2. Plaintiff **SHALL** file a notice of change of address form **within twenty-one (21) days** of the date of service of this order, indicating which single address he desires to be his address of record in this action; and

3. Plaintiff **SHALL** file a response to the June 11, 2019 Order to Show Cause (Doc. 19) **within twenty-one (21) days** of the date of service of this order.

**Plaintiff's failure to comply with this order will result in recommendation that this action be dismissed based on Plaintiff's failure to obey the Court's orders.**

IT IS SO ORDERED.

Dated: __**June 27, 2019**__   /s/ *Sheila K. Oberto*
                               UNITED STATES MAGISTRATE JUDGE